No. 97–9657. NELSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9658. KING *v.* FREEDMAN ET AL. Super. Ct. N. H., Rockingham County. Certiorari denied.

No. 97–9659. BONGIORNO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9660. JONATHAN B. *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 97–9663. LAWRENCE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–9664. KIRK *v.* KNIGHT ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9665. BROWN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–9666. BARNETT *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–9667. ANDERSON *v.* GARNER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–9668. BOLTON *v.* WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 97–9669. BAZROWX *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–9670. HOWE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–9671. HUBBARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9672. HARRIS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.